# Order

Michigan Supreme Court
Lansing, Michigan

December 14, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

158757(19)

ALCOA ENGINEERED STRUCTURES,
     Petitioner-Appellant,

v

          SC: 158757
          COA: 343604
          Oakland CC: 2017-160310-AA

MICHIGAN OCCUPATIONAL SAFETY AND
HEALTH ADMINISTRATION,
     Respondent-Appellee.
_____/

       On order of the Chief Justice, the motion of respondent-appellee to extend the time for filing its answer is GRANTED. The answer will be accepted as timely filed if submitted on or before January 9, 2019.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 14, 2018

Clerk